UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONICA M. MOLLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14 CV 1706 CDP |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# **MEMORANDUM AND ORDER**

Plaintiff Monica Mollison filed this case on October 6, 2014, appealing the denial of her applications for Disability Insurance Benefits. I reversed and remanded the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on March 7, 2016.

Plaintiff now seeks attorney's fees in the amount of $4,589.01, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff and Defendant have conferred and agreed that an award in the amount of $4,569.93 is appropriate. Because plaintiff prevailed and is not otherwise precluded from recovering

attorney's fees and costs, I find that plaintiff[1] is entitled to an award in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [30] is GRANTED, and defendant shall pay plaintiff $4,569.93 in attorney's fees. The payment shall be mailed directly to Plaintiff's counsel.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2016.

---

[1] The fees are payable to plaintiff, not plaintiff's attorney. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2524 (2010).